JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Prepaid Telconnect, Inc., <br><br> Plaintiff, <br><br> v. <br><br> County of Riverisde, et al., <br><br> Defendants. | Case No. <br> EDCV 17-01095 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendants County of Riverisde and Heather Kircher is GRANTED. Plaintiff Prepaid Telconnect, Inc. doing business as Talk N. Win's Second Amended Complaint against Defendants is DISMISSED.

Judgment is entered in favor of Defendants.

Dated: August 17, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge